**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**September 15, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

NEW MEXICO FORWARD PARTY, et al.,

Plaintiffs - Appellants,

v.

MAGGIE TOULOUSE OLIVER, in her official capacity as Secretary of State of New Mexico, et al.,

Defendants - Appellees.

No. 26-2145
(D.C. No. 1:26-CV-02286-MIS-SCY)
(D. N.M.)

---

**ORDER**

---

Before **MORITZ** and **ROSSMAN**, Circuit Judges.

---

Appellants move for a stay of the district court's order denying a preliminary injunction, and for an injunction requiring the New Mexico Secretary of State to add two names to the ballot for November's election. The Secretary opposes the motion. Appellants have replied. The reply was untimely because of technical difficulties. We accept and consider the reply.[1]

---

[1] New Mexico Attorney General Raúl Torrez filed an amicus brief supporting Appellants' motion for injunction pending appeal. Federal Rule of Appellate Procedure 29 contemplates two stages at which an amicus brief can be filed: during initial consideration on the merits and during consideration on whether to grant rehearing; it does not contemplate amicus briefs during consideration of a motion for a preliminary injunction pending appeal. We decline to consider the amicus filing in conjunction with

To evaluate the motion, we consider (1) whether Appellants will likely succeed on appeal; (2) whether they will suffer irreparable harm absent relief; (3) whether granting relief would harm opposing parties; and (4) whether the public interest favors relief. *See* 10th Cir. R. 8.1. Appellants have the burden to show circumstances justifying relief. *See* *Nken v. Holder*, 556 U.S. 418, 433–34 (2009); *Roman Cath. Diocese of Brooklyn v. Cuomo*, 592 U.S. 14, 16 (2020).

We conclude Appellants have not met their burden, so we deny their motion.

Entered for the Court

Per Curiam

---

this preliminary motion, and we direct the Clerk of Court to strike the amicus filing. Dkt. No. 4.